

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2021

No. 04-21-00436-CV

**IN RE THOMAS TERAN AND RUIZ AND SONS, INC.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI02455
Honorable Laura Salinas, Judge Presiding

# O R D E R

On October 12, 2021, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **by December 14, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 29, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court